134 A.3d 1044

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jarvis PAYTON, Petitioner.**

**No. 26 EM 2016.**

Supreme Court of Pennsylvania.

April 15, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2016, the Application for Writ of Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**